**File Hashes for IP Address 68.49.3.196**

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/25/2013 23:24:51 | B6972E4D459FA362F818199F3105E67038CFBB4A | Love with a View |
| 09/22/2013 07:48:45 | 2D7B8E2A08C5A3DF62BC69C305C43F348D791986 | First and Forever |
| 09/15/2013 12:01:27 | 9999C447BC9D0459E9B1386039C5DFA9FFCD550F | Party Boat |
| 09/03/2013 21:06:31 | 0325F14E0BAED8CA0FDE13F575BCF197DA074ED4 | Malibu Moments |
| 09/03/2013 20:52:47 | 08CE7290AE3A3DDE08F687623A6633837C795AC5 | Wake Me Up Like This |
| 08/18/2013 13:52:44 | 01AF72CD3601A1480213C0BD1F090706D397C7EB | Malibu Moments Part #2 |
| 08/18/2013 13:46:24 | 7D562EC76835F5D018606C75AC53AF2B81A12261 | Raw Passion |
| 08/07/2013 00:01:49 | 51209AA90644169C9DE5D9B43E025A1F1C2ED9EC | New Romance |
| 08/04/2013 12:12:23 | 84A4A6125C335430753A643D8810F27451416DC4 | Made for Each Other |
| 08/04/2013 12:11:16 | 929574ED3540FD51AF15F09BD08CA1C76A0E36EE | This Really Happened |
| 07/26/2013 00:01:30 | 5208BCFE4E35301F7B6840551E0840BA8C379023 | Make me Feel Beautiful |
| 07/18/2013 21:32:10 | EB0DADDC7A5B28D90F2B5CC707489A907C607465 | Without Words |
| 07/14/2013 11:30:07 | 67D3E37EC5E8689165A0005423C1B3523A7C5F90 | Pool Party For Three |
| 07/14/2013 11:00:30 | 2629935E93DF143AA92BF8AABF56ACA9E97682E3 | Hot Chocolate |
| 06/25/2013 22:30:19 | 96E766C260C75B00EBC9BD7CB5D972EF58B71A17 | Only Girls |
| 06/23/2013 09:50:40 | DEF8CB75C4D4EC9F98A7E12472F4EC35677E70D6 | Model Couple |
| 04/21/2013 10:37:39 | F7D79E465847FE2C7EB31DF993E491E9A30D95AA | Fashion Models |
| 03/17/2013 11:49:20 | 0241942403B85DE9B029EF922271B4632369E3C6 | Another Night |
| 02/03/2013 12:48:37 | 8DB648E73F063BFA9CDEC685A60EA8014633BE50 | Seeing Double |
| 01/24/2013 01:16:42 | E85ABAE72AFCE7D494FD19ABB79485C2A46AF0C1 | A Little Rain Must Fall |
| 01/03/2013 00:35:56 | 27480B702A95A52335FD2BFBE97966DD194578D9 | Morning Desires |
| 12/29/2012 06:43:30 | F36AC8C992E233BF0F5FE5860CB8757BC91074B8 | Together Again |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/23/2012 10:52:00 | 9FF36203B7D219D4020CE0D709F26D89FBBEB4A7 | A Girls Fantasy |
| 12/19/2012 00:58:15 | 122C8A4DF1A639EE653D8D61680C3CCF3D328353 | A Love Story |
| 12/14/2012 00:43:26 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 11/27/2012 01:34:53 | 2AE0DA6BE419E82AC47FC5D6D9C34C4768D66103 | Heart and Soul |
| 11/13/2012 01:09:23 | 1C9706DD03DB5929ACB31308A663E0BB804EAE89 | Lovers Quarrel |
| 10/31/2012 23:27:04 | CB2720CDCC65EC9D31DC1933A6F97CB596D7D042 | Casual Sex |
| 10/31/2012 23:19:24 | A04C1F8DAB0A3DD70A22FE8366FEBDA2F2DC1CA3 | Ibiza Love |
| 10/28/2012 10:33:07 | B99C50D1E0CFDB65211D407502CE7ABF4C984568 | This Side of Paradise |
| 10/27/2012 03:28:57 | 67C6FA065A01EE465D4825EA7545CA902CB32E93 | Poolside Passion |
| 10/24/2012 23:54:29 | 7642DCC061C46CA99F1731D30B8127354358A468 | A Day to Remember |
| 10/20/2012 00:03:10 | F54042F70E31C80F66EBE32233D9BC8DBD2BE2E1 | Young Passion |
| 10/14/2012 11:00:20 | E91DC1F256600E1EB6BC094E237C98DA813B67EF | Three for the Show |
| 10/04/2012 23:04:35 | 17241F84734F6DD196B5B13C976EDAE10303F314 | Leila Last Night |
| 09/29/2012 23:41:37 | AED5FC52FF899D5CF7FD2027C6687A6338B5F1C4 | Photo Fantasy |
| 09/26/2012 23:46:49 | AE17747810E6B5F659238133D57DC7A310B6FAF3 | Threes Company |
| 09/26/2012 00:39:27 | BB08B33D7E6DCD5259A351A7AEEBBA21A3F1A5F8 | Amazing Grace |
| 09/23/2012 11:05:05 | 941949F8F0D4F6A03E23515626AA08A9BEC0AF61 | Backstage |

**Total Statutory Claims Against Defendant: 39**

EXHIBIT A

DC65