**Copyrights-In-Suit for IP Address 68.49.3.196**

**ISP:** Comcast Cable
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/24/2012 |
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/23/2012 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/24/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/19/2012 |
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 09/26/2012 |
| Another Night | PA0001833359 | 03/13/2013 | 04/12/2013 | 03/17/2013 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 09/23/2012 |
| Casual Sex | PA0001820857 | 10/31/2012 | 01/13/2013 | 10/31/2012 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/21/2013 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 09/22/2013 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 11/27/2012 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 07/14/2013 |
| Ibiza Love | PA0001820855 | 10/29/2012 | 01/13/2013 | 10/31/2012 |
| Leila Last Night | PA0001775906 | 02/01/2012 | 02/17/2012 | 10/04/2012 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 09/25/2013 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 11/13/2012 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 08/04/2013 |
| Make me Feel Beautiful | PA0001859651 | 07/25/2013 | 08/01/2013 | 07/26/2013 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 09/03/2013 |
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 08/18/2013 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 06/23/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/03/2013 |

EXHIBIT B

DC65

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 08/07/2013 |
| Only Girls | PA0001852678 | 06/24/2013 | 06/27/2013 | 06/25/2013 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 09/15/2013 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 09/29/2012 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 07/14/2013 |
| Poolside Passion | PA0001811851 | 10/25/2012 | 10/26/2012 | 10/27/2012 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 08/18/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/03/2013 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 08/04/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 10/28/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 10/14/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 09/26/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 12/29/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/14/2012 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 09/03/2013 |
| Without Words | PA0001859650 | 07/17/2013 | 08/01/2013 | 07/18/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/20/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  39**

EXHIBIT B

DC65