# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                                            Civil Action No. 1:13-cv-01712

JOHN DOE, subscriber assigned IP
address 68.49.3.196,

    Defendant.

                                              /

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 68.49.3.196. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 18, 2014

                                                      Respectfully submitted,

                                                      By:    /s/ *Jon A. Hoppe*
                                                      Jon A. Hoppe, Esquire
                                                      jhoppe@mhhhlawfirm.com
                                                      MADDOX, HOPPE, HOOFNAGLE &
                                                      HAFEY, L.L.C.
                                                      1401 Mercantile Lane #105
                                                      Largo, Maryland 20774
                                                      Phone: 301-341-2580
                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By: /s/ *Jon A. Hoppe*_____
                                              Jon A. Hoppe